# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Murray,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Gatestone & Company International Incorporated,<br><br>　　　　　Defendant. | No. CV-19-05674-PHX-SPL<br><br>**ORDER** |

　　　No request to reset this matter on the Court's calendar or a stipulation to dismiss having been filed, in accordance with the Court's April 24, 2020 Order (Doc. 20),

　　　**IT IS ORDERED** that this action is **dismissed with prejudice**.

　　　**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

　　　Dated this 26th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge